lmv

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 0 1 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
JUN 3 0 1998
Michael N. Milby, Clerk

| | | |
|---|---|---|
| JORGE VICENTE MORALES-TORRES | * | |
| VS | * | C.A. NO. B95-179 |
| UNITED STATES OF AMERICA | * | (CR.. No. B94-179-02) |

MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before this Court is Petitioner's Motion to Vacate, Set Aside, or Correct Sentence filed pursuant to 28 U.S.C. § 2255 filed on October 31, 1995. For some unexplainable reason, the Motion was not docketed in Defendant's criminal file B-94-179-01, and his civil cause of action was never referred to this court until June 10, 1998. The Government was never served with a copy of Defendant's Motion and, consequently, no response was filed.

Upon review of Defendant's Motion, this Court inquired on the status of Defendant's custody and was informed that Defendant has been released from incarceration on August 12, 1996 and was turned over to the Immigration and Naturalization Service presumably for deportation.

Because of the foregoing, this Court respectfully recommends that Petitioner's Motion to Vacate, Set Aside or Correct Sentence be denied and this cause of action be dismissed with prejudice. DONE at Brownsville, Texas, this 30th day of June 1998

Fidencio G. Garza, Jr.
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JORGE VICENTE MORALES-TORRES      *

             VS                   *   C.A. NO. B95-179

UNITED STATES OF AMERICA          *   (CR.. No. B94-179-02)


### ORDER DENYING § 2255 MOTION

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that Petitioner's Motion t Vacate, Set Aside or Correct Sentence be **DENIED** and this of cause of action be **dismissed with prejudice.**

DONE at Brownsville, Texas, this _____, day of _____, 1998.

                              Filemon B. Vela
                              United States District Judge