UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 1 8 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 1 7 1998
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE VICENTE MORALES-TORRES | * | |
| VS | * | C.A. NO. B95-179 |
| UNITED STATES OF AMERICA | * | (CR.. No. B94-179-02) |

### ORDER DENYING § 2255 MOTION

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that Petitioner's Motion t Vacate, Set Aside or Correct Sentence be **DENIED** and this of cause of action be **dismissed with prejudice.**

DONE at Brownsville, Texas, this 17th, day of August, 1998.

Filemon B. Vela
United States District Judge